**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| UPLIFT RX, LLC, ET AL § | | CASE NO.: 17−32186 |
|     DEBTORS § | | |
| § | | CHAPTER: 11 |
| § | | Jointly Administered |
| MARK SHAPIRO LIQUIDATING § | | |
| TRUSTEE OF THE ALLIANCE § | | |
| HEALTH LIQUIDATING TRUST § | | |
|     PLAINTIFF § | | |
| § | | |
| VS. § | | ADVERSARY NO.: 19−03403 |
| § | | |
| FLEXENTIAL COLORADO CORP. § | | |
| F/N/A VIAWEST, INC., § | | |
|     DEFENDANT § | | |

**NOTICE OF PENDING SETTLEMENT**

Mark Shapiro, Trustee of the Alliance Health Liquidating Trust ("Plaintiff"), and Flexential Colorado Corp. f/n/a Viawest, Inc. ("Defendant" together with Plaintiff, the "Parties") jointly file this Notice of Pending Settlement to inform the Court that the Parties have agreed to a settlement of the above-captioned adversary proceeding. Once all terms under the settlement agreement are met, the parties will file a stipulation of dismissal in the adversary proceeding.

Dated: November 1, 2019        Respectfully submitted,

                                        SNOW SPENCE GREEN LLP

                                        By: */s/ Carolyn Carollo*
                                             Aaron M. Guerrero
                                             State Bar No. 24050698
                                             *aaronguerrero@snowspencelaw.com*
                                             Carolyn Carollo
                                             State Bar No. 24083437
                                             *carolyncarollo@snowspencelaw.com*
                                             2929 Allen Parkway, Suite 2800

Houston, TX  77019
(713) 335-4800
(713) 335-4848 FAX

**ATTORNEYS FOR MARK SHAPIRO,
LIQUIDATING TRUSTEE OF THE
ALLIANCE HEALTH LIQUIDATING TRUST**


POLLSINELLI PC

By: */s/Trey Monsour*
    Trey A. Monsour, SBN 14277200
    *tmonsour@polsinelli.com*
    1000 Louisiana, Suite 6400
    Houston, TX  77002
    (713) 374-1643

**ATTORNEY FOR FLEXENTIAL COLORADO
CORP F/N/A VIAWEST, INC.**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing was served through the Court's electronic case filing system (ECF) upon all parties registered with the ECF on this 1st day of November 2019.

                          */s/  Carolyn Carollo*
                          Carolyn Carollo