IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| UPLIFT RX, LLC, ET AL § | | CASE NO.: 17−32186 |
|     DEBTORS § | | |
| § | | CHAPTER: 11 |
| § | | Jointly Administered |
| MARK SHAPIRO LIQUIDATING § | | |
| TRUSTEE OF THE ALLIANCE § | | |
| HEALTH LIQUIDATING TRUST § | | |
|     PLAINTIFF § | | |
| § | | |
| VS. § | | ADVERSARY NO.: 19−03403 |
| § | | |
| FLEXENTIAL COLORADO CORP. § | | |
| F/N/A VIAWEST, INC., § | | |
|     DEFENDANT § | | |

## STIPULATION DISMISSING ADVERSARY PROCEEDING

**IT IS HEREBY** stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned Plaintiff and the above-captioned Defendant, by and through their respective counsel, that the above-captioned adversary proceeding to avoid and recover preferences be dismissed.  This matter has been settled and this dismissal is with prejudice.

Dated: January 9, 2020

Respectfully submitted,

SNOW SPENCE GREEN LLP

By: */s/ Aaron Guerrero*
 Aaron M. Guerrero
 State Bar No. 24050698
 *aaronguerrero@snowspencelaw.com*
 Carolyn Carollo
 State Bar No. 24083437
 *carolyncarollo@snowspencelaw.com*
 2929 Allen Parkway, Suite 2800
 Houston, TX  77019
 (713) 335-4800
 (713) 335-4848 FAX

**ATTORNEYS FOR MARK SHAPIRO, LIQUIDATING TRUSTEE OF THE ALLIANCE HEALTH LIQUIDATING TRUST**

POLLSINELLI PC

By: */s/ Trey A. Monsour by Aaron M. Guerrero (with permission)*
 Trey A. Monsour, SBN 14277200
 *tmonsour@polsinelli.com*
 1000 Louisiana, Suite 6400
 Houston, TX  77002
 (713) 374-1643

**ATTORNEY FOR FLEXENTIAL COLORADO CORP F/N/A VIAWEST, INC.**